MICHAEL E. MITCHELL #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
ILDELFONSO SOTO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ILDELFONSO SOTO,<br><br>Defendant. | Case No.: 1:17-CR-00198-LJO<br><br>**ORDER ON PENDING DEFENSE MOTION TO FILE EXHIBIT(S) AND DECLARATION UNDER SEAL**<br><br>Date: February 4, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 4 |

There is a pending motion before the Court, brought by the Defendant Ildefonso Soto ("Mr. Soto) to file exhibit(s) and the declaration in support of Defendant's motion to suppress wiretap evidence and evidence from location tracking and bill of particulars under seal.

**GOOD CAUSE APPEARING,** it is hereby ordered that Mr. Soto is permitted to file the exhibit(s) and declaration in support of the motion under seal.

IT IS SO ORDERED.

Dated: **November 2, 2018**         **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES CHIEF DISTRICT JUDGE

1