1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   JEFFREY A. SPIVAK
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 1:17-CR-198-LJO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS; GOOD CAUSE |
| ILDELFONSO SOTO, AND JESUS MELGAREJO, | DATE: February 4, 2018<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendants. | |

## STIPULATION

1. Defendant Ilfelfonso Soto (Soto) filed a motion to suppress on November 1, 2018 (ECF #278).

2. Defendant Jesus Melgarejo (Melgarejo) filed a motion to suppress on November 2, 2018 (ECF #281).

3. The government's current deadline to file oppositions to any motions in this case is December 3, 2018.

4. The government is in active plea negotiations with Defendant Soto. The government extended a plea offer to Defendant Soto which was set to expire December 2, 2018. Given defense counsel's request, and active plea discussions, the government extended the plea offer deadline to

December 12, 2018.

5. Defendant Melgarejo signed a plea agreement which was filed on November 21, 2018. (ECF #292). His change of plea is set for December 3, 2018 at 8:30 am.

6. The government requests, and Defendant Soto does not oppose, that given the productive ongoing plea negotiations concerning Defendant Soto's case, and the pending plea deadline of December 12, 2018 for that defendant, there is good cause to continue the government's deadline to respond to Defendant Soto's motion until after the expiration of the plea deadline.

7. The government requests, and Defendant Melgarejo does not oppose, that given the signed plea agreement filed, and the expectation the Defendant will plead guilty on December 3, 2018, there is good cause to continue the government's deadline to respond to Defendant Melgarejo's motion until after the change of plea hearing.

8. The undersigned AUSA begins trial on December 12, 2018 before Judge Drozd in United States v. Moreno-Ambriz (1:17-CR-180-DAD). The trial is expected to conclude by Friday, December 21, 2018.

9. The government is requesting that the government's current deadline to respond to motions filed by Defendant Soto (ECF #278) and Defendant Melgarejo (ECF #281) be continued to December 24, 2018.

IT IS SO STIPULATED.

Dated: November 30, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: November 30, 2018

Michael Mitchell
Michael Mitchell
Counsel for Defendant
Ildelfonso Soto
(Authorized by phone 11/30/2018)

Dated: November 30, 2018         /s/ John Meyer
                                 John Meyer
                                 Counsel for Defendant
                                 Ildelfonso Soto
                                 (Authorized by phone 11/30/2018)

**FINDINGS AND ORDER**

Finding Good Cause, the government's deadline to respond to the motion filed by Defendant Soto at ECF #278 and the motion filed by Defendant Melgarejo (ECF #281) is continued to December 24, 2018.

IT IS SO ORDERED.

Dated:   **November 30, 2018**          /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE