McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ILDELFONSO SOTO,<br><br>Defendant | CASE NOS. 1:17-CR-198-LJO<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION; GOOD CAUSE<br><br>DATE: February 4, 2018<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

1. Defendant Ildelfonso Soto filed a motion to suppress on November 1, 2018 (ECF #278).

2. The government's original deadline to file oppositions to any motions in this case was December 3, 2018. On November 30, 2018, upon a stipulated request of the parties and finding good cause, the Court granted the government an extension of time through December 24, 2018, to file an opposition to Defendant's motion to suppress, given the active ongoing plea negotiations between the parties.

3. The government requests, and Defendant does not oppose, that given the continuing and active plea negotiations between the parties concerning Defendant's case, that there is good cause to continue the government's deadline to respond to Defendant's motion until after the expiration of the plea deadline.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4. The government extended a plea offer to Defendant Soto which was set to expire December 2, 2018. Given defense counsel's request, the government extended the plea offer deadline to December 12, 2018. The government and defense counsel met at the U.S. Attorney's Office on Friday December 14, 2018 to further discuss the plea. The government extended to plea deadline until December 26, 2018.

5. In light of the foregoing, the government is requesting that the government's current deadline to respond to motion filed by Defendant (ECF #278) be continued from December 24, 2018 to January 11, 2019.

IT IS SO STIPULATED.

Dated: December 18, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: December 18, 2018

/s/ Michael Mitchell
Michael Mitchell
Counsel for Defendant
Ildelfonso Soto
(approved by email 12/18/2018)

**FINDINGS AND ORDER**

Finding Good Cause, the government's deadline to respond to the motion filed by Defendant Soto at ECF #278 is continued to January 11, 2019. So found.

IT IS SO ORDERED.

Dated: **December 19, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE